1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    DISTRICT OF NEVADA
9

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT FALLS LIMITED PARTNERSHIP, a Nevada partnership; RVS SOUTHWEST, LLC, a Nevada limited liability corporation; TODD SLUSHER AND JOYCE SLUSHER, a married couple; and ROLAND V. STURM, a married man,<br><br>Defendants. | Case No. 2:09-CV-00388-JCM-RJJ<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion for Summary Judgment ("Motion") (Docket # 26) filed by Plaintiff Bank of the West and Defendants' Cross-Motion for Summary Judgment ("Cross-Motion") (Docket #36), and any opposition, reply, oral argument, and the entire record herein, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion (Docket #26) is Granted and Defendants' Cross-Motion (Docket #36) is denied;

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Bank of the West, does herein recover from Defendants, Great Falls Limited Partnership; RVS Southwest, LLC; Todd Slusher and Joyce Slusher; and Roland V. Sturm, all jointly and severally, pursuant to the Complaint as follows:

A.   The principal sum of $8,466,406.96;

QB\9751527.1

     B.     Interest on the foregoing principal sum at the rate of (a) 6.0%, or (b) the "Prime Rate" as published by the <u>Wall Street Journal, Southwest Edition</u> plus 6.5%, whichever is greater, per annum from March 5, 2008 (date of default) until paid in full;

     C.     For Bank of the West's attorneys' fees, expenses and costs in an amount to be determined; and

     D.     For interest on the foregoing attorneys' fees, expenses and costs at the highest lawful rate from the entry of judgment until paid in full.

DATED this 29th day of July, 2010.

*/s/ James C. Mahan*
HONORABLE JAMES C. MAHAN