**Marquis & Aurbach**
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>GREAT FALLS LIMITED PARTNERSHIP, a Nevada partnership; RVS SOUTHWEST, LLC, a Nevada limited liability corporation; TODD SLUSHER AND JOYCE SLUSHER, a married couple; and ROLAND V. STURM, a married man,<br><br>               Defendants. | Case No.:    2:09-CV-00388-JCM-RJJ |

## **AMENDED JUDGMENT**

On July 30, 2010, Judgment (Docket #50) was entered in favor of Plaintiff, Bank of the West, and against Defendants, Great Falls Limited Partnership, RVS Southwest LLC, Todd Slusher, Joyce Slusher, and Roland V. Sturm, in the amount of $8,466,406.96, plus attorneys' fees, expenses, costs, and interest. Pursuant to the Court's Order filed November 17, 2010 (Docket #69), the July 30, 2010 Judgment (Docket #50) is hereby amended as follows:

It is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff, Bank of the West, and against Defendants, Great Falls Limited Partnership, RVS Southwest LLC, Todd Slusher, Joyce Slusher and Roland V. Sturm, all jointly and severally, as follows:

    A.  The principal sum of $8,060,259.76;

B. Interest on the foregoing principal sum at the rate of 6.0% ("Prime Rate") plus 5.0%, for a total default interest rate of 11%, per annum from March 5, 2008 until paid in full;

C. Attorneys' fees, expenses and costs incurred by BOTW in an amount to be determined; and

D. For interest on the foregoing attorneys' fees, expenses and costs at the highest lawful rate from the entry of judgment until paid in full.

Dated this 12th day of January, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

M&A:11351-002 1224990_1.DOC 12/28/2010 4:58 PM