Eric B. Johnson (SBN 9363)
eric.johnson@quarles.com
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690

Jeremy J. Nork (SBN 4017)
jnork@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Attorneys for Plaintiff Bank of the West

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT FALLS LIMITED PARTNERSHIP, a Nevada partnership; RVS SOUTHWEST, LLC, a Nevada limited liability corporation; TODD SLUSHER AND JOYCE SLUSHER, a married couple; and ROLAND V. STURM, a married man,<br><br>Defendants. | Case No. 2:09-cv-00388-JCM-RJJ<br><br>**ORDER SETTING JUDGMENT DEBTOR EXAMS** |

On January 12, 2011, an Amended Judgment [Docket No. 82] was entered against Defendants Great Falls Limited Partnership, RVS Southwest, LLC, Todd Slusher, Joyce Slusher, and Roland V. Sturn ("Judgment Debtors").

On February 8, 2012, Plaintiff filed an Amended Notice of Taking Judgment Debtors' Exams [Docket No. 117]. Based upon this Court's Minutes of Proceedings [Docket No. 122], and good cause appearing therefor,

IT IS HEREBY ORDERED that Judgment Debtors appear at the offices of Holland & Hart LLP, 9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada as follows:

| | Judgment Debtor | Date | Time |
|---|---|---|---|
| 1 | | | |
| 2 | Todd Slusher | March 29, 2012 | 9:00 a.m. |
| 3 | Roland V. Sturm | March 29, 2012 | 11:00 a.m. |
| 4 | Joyce Slusher | March 29, 2012 | 1:00 p.m. |
| 5 | PMK, RVS Southwest LLC | March 29, 2012 | 3:00 p.m. |
| 6-7 | PMK Great Falls Limited Partnership | March 29, 2012 | 5:00 p.m. |

8  or on such other dates and times as may be agreed to between counsel and the deponents, to
9  testify under oath concerning their property, and said Judgment Debtors are hereby forbidden in
10 the meantime from disposing of any property not exempt from execution.

11     IT IS FURTHER ORDERED that Debtors appear and bring to the examination, all
12 documents or information relating to their assets and liabilities, including, but not limited to,
13 the documents and information requested in **Exhibit "1"** attached hereto.

14     Proof of service on Debtors of this Order shall be filed with this Court prior to the
15 scheduled examinations. Should Judgment Creditor be unable to serve this Order on Debtors,
16 they shall notify this Court of that fact by filing a notice with Court.

17     Failure to appear at the time and place stated above may subject Debtors to punishment
18 for contempt of court.

19     DATED this __27__ day of __March__, 2012.

20
21                     _____
                      U.S. ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE

22
23 Respectfully submitted by:

24   /s/
    _____
  Jeremy J. Nork (SBN 4017)
25 Holland & Hart LLP
  5441 Kietzke Lane, Second Floor
26 Reno, Nevada 89511

27
28

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

# LIST OF DOCUMENTS AND THINGS ORDERED TO BE PRODUCED
# BY JUDGMENT DEBTORS

1. Copies of your Federal and State Income Tax returns for the two years preceding the date of this Order, together with all Form W-2s, Form 1099s, or any other documents (including paycheck stubs) evidencing income you earned or received during the two years preceding the date of this Order.

2. Copies of any quarterly estimates of Federal and State Income Tax filed by you for this year, and the year preceding this order.

3. Bank statements on all checking accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

4. Canceled checks written upon any account stated in Paragraph 3 above, for two years preceding the date of this order.

5. Bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

6. All savings, deposit books covering any accounts stated in Paragraph 5 above, for two years preceding the date of this order..

7. Statements covering any savings accounts held in saving or loan associations or similar associations belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

8. All savings, deposit books covering any accounts stated in Paragraph 7 above, for two years preceding the date of this order..

9. A list of all documents or items contained in all safe deposit boxes whether privately maintained or in any bank or savings and loan or similar association belonging to you or in which you have or have had an interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order and all documents relating to that safe deposit box.

10. Evidence of any and all stocks and bonds belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

11. All evidence of investment or retirement accounts, including but not limited to certificate of deposits, mutual funds, brokerage accounts, IRA's, 401K, Keogh accounts, REIT accounts, etc.

12. All statements covering any account referenced in Paragraph 11 above for two years preceding this order.

13. All evidence of any and all notes, contracts, negotiable instruments, receivables, accounts receivables, whether due or not, belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

1

14. All fire, burglary and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

15. All titles, deeds or contracts of sale upon real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

16. A list of any encumbrances attaching to real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding that date of this order. This request shall include the legal description of the property amount of encumbrance, name and address of beneficiary, name and address of trustee, if any, and date of recording.

17. All real or personal property assessment notices received by you within two years preceding the date of this order from any taxing agency, state or federal, whatsoever.

18. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

19. A complete inventory of all items of personal property owned by you of any nature whatsoever including automobiles (including the license plate number, and vehicle identification number), boats, household fixtures, furnishings, appliances and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

20. All automobile or personal property casualty or collision or all-risk insurance policies presently owned by you.

21. All evidence of mining claims, patents, or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

22. All evidence of any source of income and/or employment which you have received for two years preceding the date of this order or which you expect to receive in the future, together with copies of all contracts, work orders, employment agreements, payment records, partnership or corporate documents, or otherwise, relating to each source of income.

23. All documents which represent any trademark, trade name, copyright, or patent in which judgment debtor has an interest.

24. Any financial statements submitted by you to any financial or lending institution, governmental authority (i.e., Nevada State Contractors Board, Nevada Realtors Board, etc.).

25. A list of all creditors, together with all information concerning said creditor, including creditor's address, telephone number, amount owed, date debt was incurred, methods of payment, balance owing and whether account is current.

2

26. For the prior two years, a list of all persons who are indebted to you and upon whom you may have a claim or interest together with all information concerning said debtor, including debtors address, telephone number, amount owed, date debt was or will be incurred, method of payment, balance owing and nature of debt.

27. All evidence of any and all partnership agreements or any other business entity in which you have had any interest whatsoever for two years preceding the date of this order.