Eric B. Johnson (SBN 9363)
eric.johnson@quarles.com
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Tel.  602.229.5200
Fax  602.229.5690

Jeremy J. Nork (SBN 4017)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775.327-3000
Fax 775.786-6179

*Attorneys for Plaintiff*
*Bank of the West*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>GREAT FALLS LIMITED PARTNERSHIP, a Nevada partnership; RVS SOUTHWEST, LLC, a Nevada limited liability corporation; TODD SLUSHER AND JOYCE SLUSHER, a married couple; and ROLAND V. STURM, a married man,<br><br>             Defendants. | Case No. 2:09-cv-00388-JCM-RJJ<br><br>**STIPULATED MOTION TO VACATE AMENDED JUDGMENT AND DISMISS COMPLAINT** |

    Plaintiff, Bank of the West, and Defendants, Great Falls Limited Partnership, RVS Southwest, LLC, Todd Slusher, Joyce Slusher, and Roland V. Sturm, by and through their respective undersigned counsel, hereby jointly move the Court to vacate the Amended Judgment entered on January 12, 2011 against Defendants and further move the Court to dismiss, with prejudice, the Complaint pending against Defendants.  The parties have

1


reached a settlement in the matter, and under its terms, the parties have agreed that the Amended Judgment should be vacated and the Complaint dismissed, with prejudice, with the parties bearing their own fees and costs.

DATED this 21st day of November, 2012

/s/ Eric B. Johnson

Eric B. Johnson, Esq.
Quarles & Brady LLP
Renaissance One
Phoenix, AZ  85004-2391

and

Jeremy J. Nork, Esq.
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000

*Attorneys for Plaintiff*

/s/ Frank M. Flansburg

Frank M. Flansburg III, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED November 27, 2012.

QB\093653.00027\18734928.1